UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | |
|---|---|
| STEVEN ADAY : | Case No. 1:18-cv-00405 |
| Plaintiff, : | |
| : | Judge Susan J. Dlott |
| vs. : | |
| : | **ORDER GRANTING** |
| WESTFIELD INSURANCE CO. : | **DEFENDANT WESTFIELD** |
| : | **INSURANCE COMPANY'S MOTION** |
| Defendant. : | **FOR LEAVE TO FILE DEPOSITION** |
| : | **EXHIBITS UNDER SEAL** |

This matter is before the Court following a telephone conference with the parties on defendant's motion for leave to file deposition exhibits under seal. (Doc. 36). The motion is **GRANTED** to allow the parties to file their motions for summary judgment by the dispositive motion deadline. However, this ruling is not final and will be reconsidered upon full briefing of the motion by the parties.

**IT IS SO ORDERED.**

_/s/ Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge